Submitted October 16, affirmed October 22, 1973
STATE OF OREGON, *Respondent, v.* MELVIN
THOMAS GERST (No. 42124), *Appellant.*
514 P2d 1373

*Gary D. Babcock,* Public Defender, and Robert C.
Cannon, Deputy Public Defender, Salem, for appellant.

*Lee Johnson,* Attorney General, John W. Osburn,
Solicitor General, and Thomas H. Denney, Assistant
Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and
TANZER, Judges.

AFFIRMED. ORS 41.260; ORS 41.900 (8); *State v.
Crawley,* 242 Or 601, 604, 410 P2d 1012 (1966).

PER CURIAM.